IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

PERNELIA ANN BYRD,                                                      PLAINTIFF

VS.                         CAUSE NO.: 3:21-cv-96-MPM-JMV

KILOLO KIJAKAZI,                                DEFENDANT
*Acting Commissioner of Social Security*

## ORDER GRANTING ADDITIONAL
## TIME TO FILE MEMORANDUM OF AUTHORITIES

Before the Court is Plaintiff's Motion for an Extension of time in which to file a memorandum of authorities in the above cause, and the Court, after having heard and considered said motion, does Order as follows:

That Plaintiff is hereby allowed an extension of time in which to file her memorandum of authorities, said extension to run through and including December 20, 2021. Plaintiff will be granted no further extensions absent a showing of extraordinary circumstances.

SO ORDERED this 18th day of October, 2021.

                                                               /s/ Jane M. Virden
                                                               U.S. MAGISTRATE JUDGE